UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE:

                                                        Chapter 13

MANUEL R. SALAZAR

                                                        Case No. 17-23418(RDD)

                         Debtor.
-----------------------------------------------------------------X

## NOTICE OF PROPOSED WITNESS LIST

PLEASE TAKE NOTICE that the Debtor, Manuel R. Salazar, intends to call the following witness at the evidentiary hearing on the value of the Debtor's residence located at 183 Brookdale Avenue, New Rochelle, NY 10801:

Witness – Thomas J. Waitkins, Appraiser

Dated: December 26, 2018

                                                                    /s/ Gary R. Gjertsen_____
                                                                    Gary R. Gjertsen, Esq
                                                                    Clair & Gjertsen, Esqs.
                                                                       Attorney of the Debtor
                                                                  4 New King Street
                                                                  White Plains, NY 10604
                                                                  (914)472-6202
                                                                  gg@clairgjertsen.com

TO:
HASBANI & LIGHT, P.C.
450 Seventh Ave, Suite 1408
New York, New York 10123