UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

IN RE:                                              Chapter 13
                                                    Case 17-23418
Manuel R. Salazar            Debtors        AFFIDAVIT OF SERVICE
-------------------------------------------------------------X

STATE OF NEW YORK        )
                         )
COUNTY OF WESTCHESTER    )


      I, the undersigned, being sworn, say: I am not a party to the action, am over 18 years of age and reside in Hawthorne, New York on Dec 26, 2018 I served a copy of a Notice of Proposed Witness List, by regular mail, to each of the following persons at the last known address set forth after each name below.

      Hon Robert D. Drain
      ATTN: Arthur Tavarez
      US Bankruptcy Court
      Southern District of NY
      300 Quarropas Street
      White Plains, NY 10601

      Hasbani & Light PC
      450 Seventh Ave, Suite 1408
      New York, NY 10123

      United States Trustee
      201 Varick St, Room 1006
      New York, NY 10014

                                                    Patricia Maldari

Sworn to before me this
26th day of Dec 2018

*JENNIFER DUGAN*
*NOTARY PUBLIC, State of New York*
*No. 01DU6130798*
*Qualified in Westchester County*
*Commission Expires July 25, 20__*