UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re:                                         Chapter 13

    MANUEL R. SALAZAR,                 Case No. 17-23418 (RDD)

    Debtor.

---------------------------------------------------------------x

State of New York   )
                          ) SS:
Count of Westchester )

Thomas J. Waitkins, being duly sworn states:

    1.    Attached hereto as Exhibit A are my Professional Qualifications.

    2.    Attached hereto as Exhibit B is my residential appraisal summary report for the premises located at 183 Brookdale Ave, New Rochelle, New York dated August 15, 2017. Said appraisal would constitute my direct testimony. There are no additional to or correction of such appraisal.

                                                                    _____
                                                                  THOMAS J. WAITKINS

Sworn to before me this
31st day of December, 2018

_____

**JUDITH A. HERMESCH**
Notary Public, State of New York
No. 01HE5065124
Qualified in Westchester County
Commission Expires 9-3-2022