**HASBANI & LIGHT, P.C.**
450 Seventh Ave, Suite 1408
New York, New York 10123
Telephone: (646) 490-6677
Facsimile: (347) 491-4048
Danielle P. Light, Esq.
dlight@hasbanilight.com

*Attorneys for Gustavia Home, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| IN RE: | Chapter 13 |
| MANUEL R. SALAZAR, | CASE NO.: 17-23418-rdd |
| Debtor. | Judge: Robert D. Drain |

-----------------------------------------------------------------X

## Notice of Proposed Witness List

Creditor, Gustavia Home, LLC intends to call appraiser, Michael P. Brescia, as a witness at the hearing currently scheduled for January 9, 2019 at 10:00 a.m.

Dated: December 31, 2018    /s/ Danielle P. Light
                            Danielle P. Light, Esq.