UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
IN RE:                                    Chapter 13

MANUEL R. SALAZAR,                        CASE NO.: 17-23418-rdd

Debtor.                                   Judge: Robert D. Drain

-------------------------------------------------------------X


## AFFIDAVIT OF MICHAEL P. BRESCIA

State of New York    )
                     ) SS:
Count of Westchester )

Michael P. Brescia, being duly sworn states;

1. I am an appraiser with The William Paul Appraisal Group, Inc. I submit this affidavit in opposition to the affidavit submitted by the appraiser for Debtor, Manuel Salazar, reflecting a valuation of $520,000.00 for the Property at issue, 183 Brookdale Avenue, New Rochelle, New York (the "Property").

2. Attached hereto as **Exhibit A** are my Professional Qualifications.

**[REST OF PAGE INTENTIONALLY LEFT BLANK]**

3. Attached hereto as **Exhibit B** is my residential appraisal summary report for the Property dated May 22, 2018. Said appraisal would constitute my direct testimony. There are no additional to or correction of such appraisal.

Dated:  January 2, 2019

_____
Michael P. Brescia

Sworn before me on this
3ⁿᵈ Day of January, 2019

MICHAEL VERZELLO
Notary Public - State of New York
NO. 01VE6351345
Qualified in Westchester County
My Commission Expires Nov 28, 2020