# CLAIR & GJERTSEN
ATTORNEYS AT LAW

4 NEW KING STREET
WHITE PLAINS, NEW YORK 10604
914 472 6202
FAX 472 1936
EMAIL: CLAIRGJERTSEN@CS.COM OR
IRACLAIR@AOL.COM

Jan 28, 2019

Hon. Robert Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: Manuel R. Salazar
Case No: 17-23418

Dear Honorable Sir:

Please be advised, as per the court the Evidentiary Hearing has been adjourned from February 20, 2019 until April 23, 2019 at 10:00 am.

Thank you for your attention in this matter.

Respectfully,

Gary R. Gjertsen